## IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
### ELBA DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *    Case Number CV-05-122 |
| | * |
| GREEN TREE FINANCE, LLC., | * |
| et al., | * |
| | * |
| Defendants. | * |

### REMOVAL NOTICE

TO THE PLAINTIFF IN THE ABOVE STYLED CAUSE, HER ATTORNEY OF RECORD AND TO THE CLERK OF COURT:

Please take notice that on the 1st day of June, 2005, the undersigned, as attorney for the Defendant, filed on the Defendant's behalf a Notice of Removal in the United States District Court for the Middle District of Alabama, Southern Division, to remove the above entitled cause from the Circuit Court of Coffee County, Alabama, CV 05-122. A true copy of said Notice of Removal is attached and filed with the Clerk of the Circuit Court of Coffee County, Alabama.

Respectfully submitted this the 1st day of June, 2005.

_____
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &

1

EXHIBIT
B

& GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon:

William J. Moore, Esq.
P.O. Box 310985
Enterprise, AL 36331

by placing a true copy of same in the United States mail, postage prepaid, this the 1st day of June, 2005.

Of Counsel

2