IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JO SPAINHOWARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number 1:05cv517 |
| | * | |
| GREEN TREE FINANCE, LLC., | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

RECEIVED
2005 JUN -1 P 3: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CORPORATE DISCLOSURE STATEMENT

By Order of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Green Tree Servicing LLC certifies that it has no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Respectfully submitted this the 1st day of June, 2005.

_____
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon:

William J. Moore, Esq.
P.O. Box 310985
Enterprise, AL 36331

by placing a true copy of same in the United States mail, postage prepaid, this the 1st day of June, 2005.

_____
Of Counsel