IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| JO SPAINHOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:05-cv-517-F |
| | ) | |
| GREEN TREE FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Compel Arbitration and Motion to

Stay (Doc. #3) filed on June 1, 2005, it is hereby ORDERED that:

1.   The plaintiff file her response which shall include a brief and any evidentiary

materials on or before June 17, 2005.

2.  The defendant may file a reply brief on or before June 24, 2005.

DONE this 6th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE