IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-517-F |
| ) | |
| GREEN TREE FINANCE, LLC, ) | |
| ) | |
|    Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Deadlines (Doc. #6) filed on June 16, 2005, it is hereby

ORDERED that the defendant show cause in writing on or before June 28, 2005 as to why the motion should not be granted.

DONE this 17th day of June, 2005.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE