# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA OF
# SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 1:05-cv-517-F |
| GREEN TREE FINANCE, LLC, | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

COMES NOW the Plaintiff, by and through undersigned counsel and submits her response to Defendant's Motion to Compel Arbitration. Plaintiff states as follows:

1. Plaintiff had financial concerns in funding the costs associated with arbitration and as such was not able to readily consent to arbitration.

2. After having reached an agreement with the opposing counsel to have the Defendant assume all costs associated with the arbitration, Plaintiff enters her consent for arbitration.

WHEREFORE, THESE PREMISES CONSIDERED, the Plaintiff hereby notices this Honorable Court of her intention to consent to arbitration in light of the above stated agreement.

Respectfully submitted this the  6  day of July, 2005.

William J. Moore, (MOO086)
Attorney for Plaintiff

OF COUNSEL:

William J. Moore
Attorney at Law
116 S. Main Street, STE 304
Enterprise, AL 36330
(334) 308-2020
Fax: (334) 308-9898

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by placing same in the U.S. Mail postage prepaid and properly addressed this the  6  day of July, 2005.

R. Austin Huffaker, Jr.
RUSTON, STAKELY, JOHNSTON & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101

OF COUNSEL