RECEIVED
2005 AUG 29 P 3 4(

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:05-cv-517-F |
| | * |
| GREEN TREE FINANCE, LLC., | * |
| et al., | * |
| | * |
| Defendants. | * |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC and hereby provides this Status Report, on behalf of all parties, as required by the Court's Order of July 7, 2005:

1. The parties have agreed to the Honorable William C. Carn, III as the arbitrator. Mr. Carn has just recently drafted and forwarded an Arbitration Submission Agreement for review by the parties. (*See* Exhibit A hereto). The parties are currently reviewing the agreement for finalization of its terms.

2. Upon execution of the agreement, the parties are to schedule this matter for arbitration in the upcoming months.

Respectfully submitted this the 29th day of August, 2005.

_____
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant

1

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

## CERTIFICATE OF SERVICE

    I certify that on the 29th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    William J. Moore, Esq.
    P.O. Box 310985
    Enterprise, AL 36331

_____
OF COUNSEL

2