## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JO SPAINHOWARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:05-cv-517-F |
| | * | |
| GREEN TREE FINANCE, LLC., | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC and hereby provides this Status Report, on behalf of all parties, as required by the Court's Order of July 7, 2005:

1. The parties have agreed to the Honorable William C. Carn, III as the arbitrator. The parties are in the process of finalizing the terms and conditions of the arbitration agreement that will govern the arbitral process. Upon execution of the agreement, the parties are to schedule this matter for arbitration in the upcoming months.

Respectfully submitted this the 30th day of September, 2005.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270

1

Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail:  RAH2@rsjg.com

## **CERTIFICATE OF SERVICE**

  I certify that on the 30th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

  William J. Moore, Esq.
  Stephanie Willis, Esq.
  P.O. Box 310985
  Enterprise, AL 36331

         /s/ Austin Huffaker
         OF COUNSEL