IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:05-cv-517-F |
| | * |
| GREEN TREE FINANCE, LLC., | * |
| et al., | * |
| | * |
|    Defendants. | * |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC and hereby provides this Status Report, on behalf of all parties, as required by the Court's Order of July 7, 2005:

1.    The parties have recently executed the Agreement to Arbitration required by the arbitrator. The parties are to schedule this matter for arbitration in the upcoming months.

Respectfully submitted this the 31st day of October, 2005.

                                   /s/ Austin Huffaker
                                   R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
                                   Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

**CERTIFICATE OF SERVICE**

      I certify that on the 31st day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    William J. Moore, Esq.
    Stephanie Willis, Esq.
    P.O. Box 310985
    Enterprise, AL 36331

                              /s/ Austin Huffaker
                              OF COUNSEL