IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, )  | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-517-F |
| ) | |
| GREEN TREE FINANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On July 7, 2005, this Court entered a Memorandum Opinion and Order (Doc. # 11) requiring the parties to "file a jointly prepared report on the status of this case." The Court specifically ordered the parties to file the jointly prepared report on the first Tuesday of every month until such time as the parties jointly stipulate that this action can be dismissed. The Court made plain that the jointly prepared status report must include an indication of the status of the arbitration proceedings and the expected date those proceedings will be concluded. The required report has not been filed for the month of December 2005.

Status reports, such as the ones required in this case, are an integral part of the Court's case management system. These reports are intended to allow the Court to stay abreast of issues that might require its attention and to apprise the Court when cases stayed for arbitration are ripe for dismissal. This Court has made it clear that the jointly prepared status reports are due on the first Tuesday of every month until such time as the parties file a joint stipulation of dismissal. No joint stipulation of dismissal has been filed in this case as of this

date.

Any status report not filed in a timely manner should be submitted as an attachment to a Motion for Leave to File Out of Time. Any such Motion for Leave to File Out of Time must show good cause for the parties' failure to comply with this Court's prior Order. The Parties shall file a proper Motion for Leave to File Out of Time and a current status report as to the status of this case no later than December 22, 2005. Parties who fail to comply with this or any other Order of the Court may be sanctioned as the Court deems appropriate.

DONE this 15th day of December, 2005.

                                            /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE