IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-517-F |
| | ) |
| GREEN TREE FINANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Out of Time (Doc. #16) filed on December 16, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE