IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JO SPAINHOWARD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:05-cv-517-F |
| | * |
| **GREEN TREE FINANCE, LLC.,** | * |
| **et al.,** | * |
| | * |
| Defendants. | * |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1.  The parties are in the process of determining dates to arbitrate the case. Plaintiff's counsel has requested that the case be arbitrated prior to March 1, 2005 and counsel for the Defendant has requested that limited discovery be exchanged prior to the arbitration for purposes of promoting efficiency in the arbitral proceeding. Currently, the parties are waiting to hear back from the arbitrator as to several dates in which to conduct the arbitration. The parties have also engaged in preliminary settlement discussions. Counsel for Defendant anticipates this case being arbitrated sometime this Spring.

Respectfully submitted this the 18th day of December, 2005.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant

1

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

## **CERTIFICATE OF SERVICE**

     I certify that on the 18th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    William J. Moore, Esq.
    Stephanie Willis, Esq.
    P.O. Box 310985
    Enterprise, AL 36331

                            /s/ Austin Huffaker
                            OF COUNSEL