IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:05-cv-517-F |
| | * |
| GREEN TREE FINANCE, LLC., | * |
| et al., | * |
| | * |
| Defendants. | * |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1.   The parties are in the process of determining dates to arbitrate the case. Counsel for the Defendant has requested and been provided limited discovery and is currently attempting to conclude this discovery.  Currently, the parties are waiting to hear back from the arbitrator as to several dates in which to conduct the arbitration.   Counsel for Defendant anticipates this case being arbitrated sometime this Spring.

Respectfully submitted this the 30th day of January, 2006.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office  Box 270

1

Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail:  RAH2@rsjg.com

## **CERTIFICATE OF SERVICE**

      I certify that on the 30th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    William J. Moore, Esq.
    Stephanie Willis, Esq.
    P.O. Box 310985
    Enterprise, AL 36331

                        /s/ Austin Huffaker
                        OF COUNSEL