IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:05-cv-517-F |
| | * |
| GREEN TREE FINANCE, LLC., | * |
| et al., | * |
| | * |
|    Defendants. | * |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC ("Green Tree") and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1.    To prepare for the arbitration, counsel for Green Tree has requested that Plaintiff produce certain documents necessary for defense of the case. These document requests are still outstanding.

2.    Once the requested documents have been produced, Green Tree expects the case to be scheduled for arbitration in the upcoming months

Respectfully submitted this the 28th day of February, 2006.

                         /s/ Austin Huffaker
                         R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
                         Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270

Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail:  RAH2@rsjg.com

## CERTIFICATE OF SERVICE

     I certify that on the 28th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    William J. Moore, Esq.
    Stephanie Willis, Esq.
    P.O. Box 310985
    Enterprise, AL 36331

                        /s/ Austin Huffaker
                        OF COUNSEL