IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JO SPAINHOWARD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:05-cv-517-F |
| | * |
| **GREEN TREE FINANCE, LLC.,** | * |
| et al., | * |
| | * |
| Defendants. | * |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC ("Green Tree") and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1. To prepare for the arbitration, counsel for Green Tree has requested that Plaintiff produce certain documents, including but not limited to medical records pertinent to the date surrounding the events made the basis of this lawsuit. To obtain these records from the pertinent medical provider, the undersigned has requested that the Plaintiff execute a HIPPA Release. This release has been provided to the Plaintiff's medical provider and records should be forthcoming shortly.

2. Once the requested documents have been produced by the pertinent medical provider, Green Tree expects the case to be scheduled for arbitration in the upcoming months

Respectfully submitted this the 2nd day of May, 2006.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR.
(ASB-3422-F55R)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

  William J. Moore, Esq.
  Stephanie Willis, Esq.
  P.O. Box 310985
  Enterprise, AL 36331

/s/ Austin Huffaker
OF COUNSEL