**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**JO SPAINHOWARD,**                    *
                                       *
           **Plaintiff,**              *
                                       *
**v.**                                 *      **Case No.: 1:05-cv-517-F**
                                       *
**GREEN TREE FINANCE, LLC.,**          *
**et al.,**                            *
                                       *
           **Defendants.**             *

**STATUS REPORT**

**Comes Now** the undersigned counsel for Green Tree Servicing LLC ("Green Tree")

and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1.      To prepare for the arbitration, counsel for Green Tree has requested that

Plaintiff produce certain documents, including but not limited to medical records pertinent to

the date surrounding the events made the basis of this lawsuit. Green Tree is in the process of

gathering the last of these documents and, once obtained, will request that this matter be set

for arbitration in the next few months.

           Respectfully submitted this the 1st day of June, 2006.


                              /s/ Austin Huffaker
                              R. AUSTIN HUFFAKER, JR.
                              (ASB-3422-F55R)
                              Attorney for Defendant

OF COUNSEL:

1

RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office  Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail:  RAH2@rsjg.com

## CERTIFICATE OF SERVICE

I certify that on the 1st day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

William J. Moore, Esq.
Stephanie Willis, Esq.
P.O. Box 310985
Enterprise, AL 36331

/s/ Austin Huffaker
OF COUNSEL