# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JO SPAINHOWARD, | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **Case No.: 1:05-cv-517-F** |
| | * | |
| GREEN TREE FINANCE, LLC., | * | |
| et al., | * | |
| | * | |
| **Defendants.** | * | |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC ("Green Tree")

and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1.      The parties are in the process of circulating dates in which to conduct the

arbitration.  The arbitration will likely take place sometime in late August or September.

Respectfully submitted this the 5th day of July, 2006.


/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR.
(ASB-3422-F55R)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
    & GARRETT, P.A.
Post Office  Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail:  RAH2@rsjg.com

## CERTIFICATE OF SERVICE

1

I certify that on the 5th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

William J. Moore, Esq.
Stephanie Willis, Esq.
P.O. Box 310985
Enterprise, AL 36331

<u>/s/ Austin Huffaker</u>
OF COUNSEL