IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JO SPAINHOWARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:05-cv-517-F |
| | * | |
| GREEN TREE FINANCE, LLC., | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## STATUS REPORT

**Comes Now** the undersigned counsel for Green Tree Servicing LLC ("Green Tree") and hereby provides this Status Report as required by the Court's Order of July 7, 2005:

1.  This matter has been scheduled for an arbitration on September 8, 2006 in Enterprise, Alabama and a scheduling order has been entered.

Respectfully submitted this the 1st day of August, 2006.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR.
(ASB-3422-F55R)
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
 & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

## CERTIFICATE OF SERVICE

1

      I certify that on the 1st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    William J. Moore, Esq.
    Stephanie Willis, Esq.
    P.O. Box 310985
    Enterprise, AL 36331

                                      /s/ Austin Huffaker
                                      OF COUNSEL