IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JO SPAINHOWARD, | * |
|  | * |
|    Plaintiff, | * |
|  | * |
| v. | *   Case No.: 1:05-cv-517-F |
|  | * |
| GREEN TREE FINANCE, LLC., | * |
| et al., | * |
|  | * |
|    Defendants. | * |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties and, pursuant to Rule 41, Fed. R. Civ. P., hereby stipulate that they have reached a settlement as to all claims between them and that this matter is due to be dismissed, with prejudice, each party to bear its/her own costs.

NOTE: Counsel for the Defendant is filing this Stipulation with the Court electronically with the express consent of Plaintiff's counsel, who has approved the content of the Stipulation itself.

Respectfully submitted this the 29th day of September, 2006.

/s/ William Moore
WILLIAM MOORE
Attorney for Plaintiff

OF COUNSEL:

WILLIAM J. MOORE
ATTORNEY AT LAW LLC
Post Office Box 310985
Enterprise, AL 36331

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
Attorney for Defendant

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

1